UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Edgar F. T.,[1] <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, <br><br> Respondent. | No. 1:26-cv-01447-TLN-SCR <br><br><br> **ORDER** |

   Petitioner Edgar F. T. ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a Motion for a Temporary Restraining Order ("TRO") (ECF No. 2).

   Respondents shall file a response to Petitioner's request for injunctive relief **within three (3) court days from the date of this Order**. Any opposition shall include copies of all referenced and relevant portions of Petitioner's A-File, including Petitioner's Form I-213, and available records related to Petitioner's allegations. Respondents shall inform the Court whether they oppose converting Petitioner's motion for TRO into a motion for preliminary injunction.

   Pending the Court's ruling on this petition, Respondents shall not take any action to

---

[1]   As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initials, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Petitioner has also filed a motion for the appointment of counsel. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Within **seven (7) court days from the date of this order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed in forma pauperis without prepayment of the filing fee in this action. *See* 28 U.S.C. § 1914.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents shall file a response to Petitioner's motion for TRO **within three (3) court days from the date of this Order**.

2. To ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court.

3. Petitioner's motion to appoint counsel (ECF No. 3) is granted. Within **seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment.

4. Petitioner is provisionally authorized to proceed in forma pauperis without

prepayment of the filing fee in this action, subject to Petitioner filing an application to proceed in forma pauperis **within thirty (30) days from the date of this Order**.

5.  The Clerk of the Court is directed to serve Petitioner with an application to proceed in forma pauperis.

6.  The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

IT IS SO ORDERED.

Date: February 20, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3